```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


-------------------------------- x
GLORIANNA LAGNESE; REBOUND       :
HOUNDS RES-Q INC., DONALD J.     :
ANDERSON, JR.; individually and  :
on behalf of all other persons   :
similarly situated,              :
                                 :
          Plaintiffs,            :    Civil No. 3:15-cv-975(AWT)
                                 :
v.                               :
                                 :
CITY OF WATERBURY; TOWN OF       :
MANCHESTER; TOWN OF SOUTHINGTON; :
individually and on behalf of    :
all 169 municipalities in the    :
State of Connecticut.            :
                                 :
          Defendants.            :
-------------------------------- x
```

**ORDER RE MANCHESTER'S MOTION FOR RECONSIDERATION**

For the reasons set forth below, defendant Town of Manchester's Motion for Reconsideration (Doc. No. 202) is hereby DENIED.

In its review of a motion for judgment on the pleadings, the court may consider "only the facts alleged in the pleadings, documents attached as exhibits or incorporated by reference in the pleadings and matters of which judicial notice may be taken." Samuels v. Air Transp. Local 504, 992 F.2d 12, 15 (2d Cir. 1993). As a preliminary matter, it should be noted that the court thought there was sufficient lack of clarity in the Second Amended Complaint that it held an in-court status

1

conference to come to an agreement as to what the plaintiffs' claims are.  That agreed-upon statement of claims was used by the court in the Order re Plaintiff's Motion for Preliminary Injunction and Provisional Class Certification (Doc. No. 186).  During the conference on August 17, 2018 (see Doc. No. 199), the court explained that, in its analysis in that Order, it had relied on matters outside the pleadings in concluding that the plaintiff's motion for preliminary injunction was being denied with respect to the Third Claim and the Fourth Claim.  Similarly, defendant Town of Manchester cites to statements by the plaintiffs in their memorandum in support of their objection to the motion for judgment on the pleadings in support of its motion for reconsideration.  Such statements cannot be relied on by the court in ruling on a motion for judgment on the pleadings.

    It is so ordered.

    Signed this 24th day of August, 2018, at Hartford, Connecticut.

                                         /s/ AWT
                                         Alvin W. Thompson
                                         United States District Judge